Steven MAYNARD, Plaintiff–Appellant,

v.

PHILADELPHIA CERVICAL COLLAR COMPANY, INC., Charles Greiner and Company, Inc., Salvatore Calabrese, The Estate of Anthony Calabrese, Carolyn Calabrese, and Rita Calabrese, Defendants–Appellees,

and

Anthony Calabrese, Ernest Gramaglia, Elvira Gramaglia, Lisa Small, and Sue Druskoczi, Defendants–Appellees,

and

Frank Gramaglia and Joseph Gramaglia, Defendants–Appellees.

No. 03–1517.

United States Court of Appeals, Federal Circuit.

DECIDED: Oct. 30, 2003.

CLEVENGER, Circuit Judge.

*ORDER*

Steven Maynard moves for an extension of time to file his brief. We consider whether the court's September 3, 2003 dismissal order should be vacated.

Maynard's appeal was dismissed for failure to pay the filing fee. Maynard has now paid the filing fee.

Accordingly,

IT IS ORDERED THAT:

(1) The September 3, 2003 order dismissing Maynard's appeal is vacated and the appeal is reinstated.

(2) Maynard's motion for an extension is granted. His brief is due within 30 days of the date of the filing of this order.